15000.11000-HBM
LEGAL/141049775.v1
**MARSHALL DENNEHEY**
Howard B. Mankoff, Esq. - ☎973-618-4118
Attorney I.D. No. 021971981
✉ hbmankoff@mdwcg.com
Pauline F. Tutelo, Esq. - ☎973-618-4146
Attorney I.D. No. 025961996
✉ pftutelo@mdwcg.com
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
📠973-618-0685
ATTORNEYS FOR DEFENDANTS – JOHNSON C. SMITH UNIVERSITY, INC., UPWARD BOUND, MICHAEL GARDNER, MAGDALYN LOWE-SMITH, TREVA NORMAN, KATHLEEN JACKSON and DOROTHY COWSER YANCY

| | |
|---|---|
| QUEEN MILLER,<br><br>               Plaintiff,<br><br>      v.<br><br>JOHNSON C. SMITH UNIVERSITY, INC.,<br>UPWARD BOUND,<br>MICHAEL GARDNER,<br>MAGDALYN LOWE-SMITH,<br>MICHAEL J. PETERSON,<br>TREVA NORMAN,<br>KATHLEEN JACKSON,<br>DOROTHY COWSER YANCY,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPS. 1-10,<br><br>               Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 2:21-cv-15313<br><br>**NOTICE OF APPEARANCE OF**<br>**HOWARD B. MANKOFF, ESQ.** |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

     **PLEASE TAKE NOTICE** that Howard B. Mankoff, Esq., of Marshall Dennehey, hereby enters his appearance in the above-captioned action as counsel for defendants, JOHNSON C. SMITH UNIVERSITY, INC., UPWARD BOUND, MICHAEL GARDNER, MAGDALYN LOWE-SMITH, TREVA NORMAN, KATHLEEN JACKSON and DOROTHY

COWSER YANCY, for purposes of receiving notices/copies of all papers, including, but not limited to, pleadings, motions, answering or reply papers and discovery.

  I hereby certify that I am admitted to practice in this Court.

            **MARSHALL DENNEHEY**
            Counsel for Defendants, Johnson C. Smith University, Inc., Upward Bound, Michael Gardner, Magdalyn Lowe-Smith, Treva Norman, Kathleen Jackson And Dorothy Cowser Yancy

            BY: */s/ Howard B. Mankoff*
               HOWARD B. MANKOFF, ESQ.

Dated: September 14, 2021