**MARGOLIS EDELSTEIN**
Michael R. Miller, Esquire – NJ ID#012602009
mmiller@margolisdelstein.com
The Curtis Center
170 S. Independence Mall West, Suite 400E
Philadelphia, PA 19106
(215) 931-5808
*Attorney for Defendant,*
*Michael J. Peterson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| QUEEN MILLER | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 21-cv-15313 |
| | : | |
| JOHNSON C. SMITH UNIVERSITY, INC., | : | |
| UPWARD BOUND, | : | |
| MICHAEL GARDNER, | : | |
| MAGDALYN LOWE-SMITH, | : | |
| MICHAEL J. PETERSON, | : | |
| TREVA NORMAN, | : | |
| KATHLEEN JACKSON, | : | |
| DOROTHY COWSER YANCY | : | |
| JOHN and JANE DOES 1-10 and | : | |
| ABC CORPS. 1-10 | : | **ENTRY OF APPEARANCE** |
| Defendants. | : | |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Michael R. Miller, Esq. of Margolis Edelstein, hereby enters their appearance in the above-captioned matter as lead counsel for defendant, MICHAEL J. PETERSON.

              **MARGOLIS EDELSTEIN**

          By: <u>Michael Miller</u>
             MICHAEL R. MILLER, ESQ.
             *Attorney for Defendant, Michael J. Peterson*