# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

January 10, 2022

**Via ECF**
**The Honorable Madeline Cox Arleo**
*United States District Court District of New Jersey*
50 Walnut Street #4015
Newark, NJ 07102

Re: **Miller v. Johnson C. Smith University, Inc. et al, Docket No. 21-cv-15313-MCA-MAH**

Dear Judge Arleo:

We are counsel to plaintiff Queen Miller ("Plaintiff") in the above-referenced matter. I write to inform the court that docket entry #37 was unintentionally filed under seal. Please unseal docket entry #37.

I apologize for the inconvenience this may cause the court.

Thank you for your time and attention.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236-4160

Cc: All counsel of record (via ECF)

347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com