**Tyrone Blackburn, ESQ**
**Attorney NYS-ID # 232602020**
**1242 East 80th Street, 3rd Floor**
**Brooklyn, NY 11236**
**(347) 342-7432**
*Attorney for Plaintiff Queen Miller*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUEEN MILLER<br><br>                Plaintiffs,<br><br>-against-<br><br><br>JOHNSON C. SMITH UNIVERSITY, INC.,<br>UPWARD BOUND,<br>MICHAEL GARDNER,<br>MAGDALYN LOWE-SMITH,<br>MICHAEL J. PETERSON,<br>KATHLEEN JACKSON,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPS. 1-10<br>                Defendants. | Civil Action No. 21-cv-15313<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(A)(1)(A)(I):** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Queen Miller ("Plaintiff"), and her counsel hereby give notice that Plaintiff voluntarily dismisses her claims against Defendant's, without prejudice. Upon approval of this voluntary dismissal, Plaintiff will refile this action in New Jersey State Court, Passaic County.

Dated: March 7, 2022

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.